# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BK No.: 19-12807 |
| | ) |
| Rondle Johnson, Jr. | ) |
| | ) Chapter: 13 |
| | ) Judge: Timothy A. Barnes |
| Debtor(s) | ) Trustee: Marshall |
| | ) |

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## AFFIDAVIT

I, Rondle Johnson, Jr., being first duly sworn, on oath depose and state as follows:

1. I represent and warrant that the factual allegations made herein are true and accurate to the best of my knowledge.

2. I further state that, if called to testify, I would testify consistent with the allegations made herein.

3. This affidavit is being signed under oath and under penalty of perjury.

4. I did not file taxes for the tax years ending 12/31/2015 through 12/31/2018.

5. I did not file these taxes because, in my opinion, my income was too low and I was not required to file.

6. During those years, I was the primary caretaker for my grandmother. I was not employed.

7. I was not operating my LLC (Indygo Transport, LLC) during those years.

Rondle Johnson, Jr.

Subscribed and sworn to before me
This 8 day of May, 2019.

Notary Public

OFFICIAL SEAL
ANGELA ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/08/23